UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR 4:18-cr-00147-LGW-GRS |
| EMMETT RAMSEY | : | |

## ORDER GRANTING LEAVE OF COURT

THE COURT, having been duly advised, and noting no objections having been filed, now grants the request of Charlotte Y. Fleming, attorney for the defendant in the above-captioned matter. Accordingly, counsel shall be permitted Leave of Court on the following dates, pursuant to Local Rule 83.9:

*October 2, 2019-October 3, 2019, Professional Development*

*November 21, 2019- November 25, 2019, Personal Leave*

This  18th  day of  September , 2019.

_____
United States Magistrate Judge
Southern District of Georgia